IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 13-po-07006

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRYSTAL J. FOSTER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that pursuant to the filing of a Notice of Disposition by the Defendant, a Change of Plea and Sentencing Hearing in this matter is set for October 23, 2013 at 10:00 a.m. before Magistrate Judge Watanabe, in 212 N. Wahsatch Avenue, Colorado Springs, CO 80903. Motions Hearing for November 14th, 2013 at1:30p.m. and Jury Trial for December 17 and 18, 2013 at 8:30a.m. are both vacated.

Date: July 30, 2013