# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 2/3606247 |
| CRYSTAL J. FOSTER | CJA: MARK HANCHEY<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 113(a)(5) | SIMPLE ASSAULT | 3/21/2013 | 1 |

Defendant sentenced to: eight (8) months of unsupervised probation; fees of $10/25 to be paid by 11/1/2013. The defendant shall not commit any new federal, state, or local law violations during the probationary period. The Defendant will meet with a behavioral health provider to determine the scope of her counseling based on her lack of understanding of physical boundaries and respect for the bodily integrity of those around her. The Defendant will comply fully with the scope of this behavioral health provider's recommended treatment. The Defendant will ensure that her behavioral health provider gives a written update to the Office of the Staff Judge Advocate (listed in subparagraph e of plea agreement) at the end of each month to ensure she is making progress with her treatment. Additionally, the Defendant must provide an authentic written copy of the behavioral health provider's recommended treatment AND an authentic written copy from the behavioral health provider proving she has completed the recommended treatment. The Defendant must have her evaluation within 45 days of 10/23/2013. The Court accepts that the Defendant has written an apology letter to the victim and the Government has received it.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $0.00 | $25.00 |

10/23/2013
Date of Imposition of Judgment

_Signature of Judicial Officer_
Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

10-23-13
Date